FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2018 JAN 22 PM 4: 20

CLERK_____
_____ GA.

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JEFFREY CURTIS GHOLSON, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:17-cv-47 |
| v. | * | |
| VICTOR FLOURNOY, | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 16, to which Petitioner filed Objections, dkt. no. 20. In his Objections, Petitioner contends that the Court should excuse his failure to exhaust his administrative remedies because he will suffer "irreparable harm." Dkt. No. 20, p. 4. However, the Magistrate Judge correctly rejected this argument in the Report and Recommendation. Dkt. No. 16 p. 8 (citing Ross v. Blake, ___ U.S. ___, 136 S. Ct. 1850, 1856-58 (June 6, 2016)).

Therefore, the Court **OVERRULES** Petitioner's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Petitioner's Section

2241 **WITHOUT PREJUDICE** and **DENIES** Petitioner *in forma pauperis* status on appeal.

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this _22_ day of _January_, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA